## AFFIDAVIT OF SERVICE

21984
FISHBEIN-

Index No.  07CIV7861
Date filed
File No.

US SOUTHERN DT   COURT, COUNTY OF NEW YORK

SYLIVA ABRAMS

Plaintiff(s)

against

JOHN GLENN ASSOCIATES, INC.

Defendant(s)

State of New York, County of Nassau                                    SS:

WESLEY   MORRISSEY   being duly sworn, deposes and says: that deponent is not a party to this action,
is over 18 years of age and resides at   BALDWIN   NY

That on   1/4/08   at   11:30 AM   at   PLACE OF BUS.   at
55 HERRICKS RD,
NEW HYDE PARK   NY   11040
depondent served the within
**SUMMONS IN A CIVIL ACTION**
**CLASS ACTION COMPLAINT**

on   **JOHN GLENN ASSOCIATES, INC.**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

[X] **CORPORATION**
by delivering to and leaving with
**CHRIS MATHEW**
of said corporation a true copy each thereof, deponent further knew the said individual to be the managing agent,
authorized to accept on behalf of the corporation.

[X] APPROXIMATE DESCRIPTION
| SEX | COLOR | HAIR | HEIGHT | WEIGHT | AGE | OTHER |
|---|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 5'6' | 200 | 23 | |

Sworn to before me on   1/4/08

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2008

WESLEY   MORRISSEY
1248815

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353