UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SYLVIA ABRAMS                                    07 CV 7861 (JGK)
                            Plaintiff,

                                                           **CERTIFICATE OF SERVICE**

                        -against-

JOHN GLENN ASSOCIATES, INC.

                            Defendant.
-----------------------------------------------------------

ADAM J. FISHBEIN, an attorney duly admitted to practice law in the Courts of the State of New York and before this Honorable Court, affirms under penalties of perjury the following:

      On March 18, 2008 just prior to 5:30 p.m. I placed the signed order to show cause (three page document) in the proper mailbox in front of the Cedarhurst, New York post office in an envelope addressed to the defendant as follows:

                        John Glenn Associates, Inc.
                        55 Herricks Road
                        New Hyde Park, NY 11040

Dated: Cedarhurst, New York
        March 18, 2008                    *Adam J. Fishbein*
                                              _____
                                              Adam J. Fishbein, P.C.  (AF-9508)
                                              Attorney At Law
                                              **Attorney for the Plaintiff**
                                              483 Chestnut Street
                                              Cedarhurst, New York 11516
                                              Telephone (516) 791-4400
                                              Facsimile   (516) 791-4400