UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SYLVIA ABRAMS

07 CV 7861 (JGK)

           Plaintiff,

   -against-                                       **ORDER TO SHOW**
                                                   **CAUSE**

JOHN GLENN ASSOCIATES, INC.

           Defendant.
-----------------------------------------------------------

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/17/2008]

**NOTICE: THE PURPOSE OF THIS HEARING IS TO DEFAULT THE DEFENDANT IN THE WITHIN MATTER FOR FAILING TO ANSWER OR OTHERWISE MOVE AGAINST THE COMPLAINT.**

Upon the attached affirmation by Adam J. Fishbein, and the exhibits annexed thereto,

Let defendant show cause at United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on _March 28_, 2008 at _11:30 AM_ on that day, or as soon thereafter as counsel can be heard why an order should not be made:

(A) Defaulting the defendant in the within matter

(B) for such other and further relief as this court deems just and proper.

SUFFICIENT REASON APPEARING THEREFOR, let service of a copy of this Order to Show Cause, together with the papers annexed hereto, via first class mail, upon defendant, John Glenn Associates, Inc. residence which upon information and belief is located at 55 Herricks Road, New Hyde Park, New York 11040 or before _March 19, 2008_ be deemed good and sufficient service.

SO ORDERED:

DTD: NYC, NY
3/17, 2008

_____
U.S.D.J.

The defendant is advised that failure to respond to the order to show cause may be grounds for a default judgment being entered against it, in which even the defendant will have no trial.

The plaintiff shall file proof of service of this order to show cause by March 26, 2008

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 17, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SYLVIA ABRAMS                                                07 CV 7861 (JGK)

                         Plaintiff,

           -against-                                              **CLERK'S CERTIFICATE**

JOHN GLENN ASSOCIATES, INC.
                        Defendant.

-----------------------------------------------------------

      I, James M. Parkison, Clerk of United States District Court for the Southern District of New York, do hereby certify this action commenced on September 6, 2007, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving the defendant personally at 55 Herricks Road, New Hyde Park, New York on January 4, 2008 and proof of such service thereof was filed on January 15, 2008.

      I further certify that the docket entries indicate that defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       3/10/08, 2008

                              JAMES M. PARKISON
                              Clerk of Court

                        By: _____
                            Deputy Clerk