

**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

April 17, 2008

**VIA FACSIMILE TO 212-805-7932**
The Honorable Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1368

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

RE:  **Abrams v. John Glenn**
     **07 CV 7861 (JGK)**

**MEMO ENDORSED**

Dear Magistrate Judge Katz:

I represent the plaintiff in the above referenced matter. I am writing to Your Honor
pursuant to the directive of Your Honor's law clerk concerning the status of the matter.
Plaintiff filed the within matter as a putative class action suit. The defendant did not
respond to service, and then plaintiff filed a default application. Plaintiff requested that
judgment not be entered to afford the plaintiff the opportunity to subpoena certain
information of the defendant, namely numerosity and net worth of the defendant.

When I appeared before Judge Koeltl, I asked if I had permission from the Court to serve
a subpoena and Judge Koeltl respond in the negative as he wanted Your Honor to oversee
further discovery. I would request 120 days with the option of requesting more time.
Because this defendant resides in Nassau County, this Court will have will have
jurisdiction to find the defendant if it fails to act accordingly.

Due to the holiday of Passover, I intend to serve a subpoena in late April, early May.

Thank you for the Court's consideration of the foregoing.

*Plaintiff shall complete any further discovery by July 21, 2008.*

Yours faithfully,

Adam J. Fishbein

Cc:  John Glenn Associates, Inc.

**SO ORDERED**
4/18/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE