```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SYLVIA ABRAMS,                          :
                                        :
                    Plaintiff,          :
                                        :
        -against-                       :   07 Civ. 7861 (JGK)(THK)
                                        :
                                        :
JOHN GLENN ASSOCIATES, INC.,            :   ORDER TO SHOW CAUSE
                                        :
                                        :
                    Defendant.          :
----------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action was referred to this Court for an inquest on damages. On June 18, 2008, the Court issued a subpoena to Defendant John Glenn Associates, on behalf of Plaintiff, ordering the production of certain documents by July 8, 2008. The Court has been provided with proof of service of the subpoena, and has been advised by Plaintiff's counsel that there has been no response to the subpoena. Accordingly, **by no later than August 25, 2008, John Glenn Associates shall show cause, in a sworn written submission to this Court, why it should not be held in contempt of court and be subject to court sanctions.**

Failure to respond to this Order shall result in a finding of contempt.

So Ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/14/08]

Dated: August 14, 2008
       New York, New York

Copies mailed to:

John Glenn Associates, Inc.
55 Herricks Road
New Hyde Park, New York 11040

Adam J. Fishbein, Esq.
483 Chestnut Street
Cedarhurst, New York 11516