UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SYLVIA ABRAMS,                                          :    Case No. 07-cv-7861 (JGK) (THK)
                                                        :
                Plaintiff,                         :
   -against-                                           :
                                                        :
JOHN GLENN ASSOCIATES, INC.,                            :
                                                        :
                Defendant.                         :
------------------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT JOHN GLENN ASSOCIATES, INC.

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant John Glenn Associates, Inc. ("John Glenn"), by and through its undersigned counsel, states as follows:

      John Glenn is a privately held non-stock New York corporation with no parent corporation(s). There are no publicly held corporations that own ten (10) percent or more of John Glenn's stock.

Dated: White Plains, New York
       August 26, 2008

                                        Respectfully submitted,

                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                _____/S/_____
                                Jason P. Sultzer (JS-4546)
                                Attorneys for Defendant
                                JOHN GLENN ASSOCIATES, INC.
                                3 Gannett Drive
                                White Plains, New York 10604-3407
                                Tel No.: (914) 323-7000
                                Email: jason.sultzer@wilsonelser.com

211019.1