UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| SYLVIA ABRAMS, | : Case No. 07-cv-7861 (JGK) (THK) |
| Plaintiff, | : **JURY DEMAND** |
| -against- | : |
| JOHN GLENN ASSOCIATES, INC., | : |
| Defendant. | : |

------------------------------------------------------------------- x

    Defendant John Glenn Associates, Inc. hereby requests a trial by jury of all of the issues in the above-captioned matter.

Dated: White Plains, New York
        August 26, 2008

                                          Respectfully submitted,

                  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                    _____/S/_____
                                    Jason P. Sultzer (JS-4546)
                                    Attorneys for Defendant
                                    JOHN GLENN ASSOCIATES, INC.
                                    3 Gannett Drive
                                    White Plains, New York 10604-3407
                                    Tel No.: (914) 323-7000
                                    Email: jason.sultzer@wilsonelser.com

211025.1