UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| SYLVIA ABRAMS, | : Case No. 07-cv-7861 (JGK) (THK) |
| | : |
| Plaintiff, | : NOTICE OF APPEARANCE |
| -against- | : |
| | : |
| JOHN GLENN ASSOCIATES, INC., | : |
| | : |
| Defendant. | : |

------------------------------------------------------------------- x

**SIRS:**

     **PLEASE TAKE NOTICE** that Defendant JOHN GLENN ASSOCIATES, INC. ("JOHN GLENN") hereby appears in the above-captioned matter and that the undersigned has been retained as counsel for JOHN GLENN. In addition, demand is hereby made upon Plaintiff to serve a copy of the Complaint and all papers in this action upon the undersigned at the address set forth below.

Dated: White Plains, New York
       August 27, 2008

                                      Respectfully submitted,

                **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                _____/S/_____
                                Jason P. Sultzer (JS-4546)
                                Attorneys for Defendant
                                JOHN GLENN ASSOCIATES, INC.
                                3 Gannett Drive
                                White Plains, New York 10604-3407
                                Tel No.: (914) 323-7000
                                Fax No.: (914) 323-7001
                                Email: jason.sultzer@wilsonelser.com

cc:    ADAM J. FISHBEIN, P.C. (AF-9508)
        Attorney for Plaintiff
        483 Chestnut Street
        Cedarhurst, New York 11516
        Tel. No.: (516) 791-4400
        Fax No.: (516) 791-4411

211030.1